[No. 23149–9–I.  Division One.  April 16, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. DOUGLAS DENNIS LOCKETT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01872–0, Frank J. Eberharter, J., entered

October 19, 1988. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Pekelis, JJ.